UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES HARRIS LANG, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-2625 |
| § | |
| OCWEN LOAN SERVICING, LLC, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

A suggestion of bankruptcy has been filed in this cause by the plaintiff, James Harris Lang. The plaintiff/debtor filed a petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Case No. 18-33266. A petition filed under 11 U.S.C. §§301, et seq., operates as a stay of a judicial proceeding that was commenced against the debtor before the bankruptcy proceeding. 11 U.S.C. §362(a)(1). Accordingly, this case is STAYED as to the plaintiff, James Harris Lang.

It is so ORDERED.

SIGNED on this 18th day of June, 2018.

_____
Kenneth M. Hoyt
United States District Judge